Revised 04/2009

## UNITED STATES BANKUPTCY COURT
## EASTERN DISTRICT OF TEXAS

Application (1)

IN RE:

2010 OCT 18 PM 1: 18

| | |
|---|---|
| Leonard John Nowaski, JR<br>&<br>Luculle Susan Nowaski<br><div align=center>Debtor</div> | 05-40634-R<br><div align=center>Bankruptcy Case Number</div> |

### APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the Claimant identified below to make Application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor/debtor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further states that Claimant is:

NAME OF CLAIMANT: Ally Financial

MAILING ADDRESS: P.O. Box 724016

CITY: Atlanta        STATE: GA ZIP: 31139

and that a dividend in the amount of $ 177.08                 was awarded in this case which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies under penalty of perjury that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

Date: 10/10/10                    _____
                              Claimant's Signature

Mail to:    United States Bankruptcy Court
            110 N. College Avenue, 8th Floor
            Tyler, TX 75702

¶ Edited using the free version of Infix PDF Editor - www.iceni.com

Revised *04/2009*

## CERTIFICATE OF SERVICE

In accordance with Title 28 U.S.C. Section 2042, the undersigned hereby certifies that on the date designated below a true copy of this application with all required attachments was mailed to [check one as applicable]:

For all cases in **Beaumont & Lufkin** divisions (five-digit case number beginning with 1 or 9):

☐ Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
350 Magnolia Avenue, Suite 150
Beaumont, TX 77701-2248

For all cases in **Marshall & Tyler** divisions (five-digit case number beginning with 2 or 6):

☐ Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
110 North College Avenue, Suite 700
Tyler, TX 75702-0204

For all cases in **Paris, Sherman, & Texarkana** divisions (five-digit case number beginning with 3, 4 or 5):

☒ Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
101 East Park Boulevard, Suite 500
Plano, Texas 75074-8858

Date: __10/10/10__                        _____
                                                        Claimant's Signature

¶ Edited using the free version of **Infix PDF Editor** - www.iceni.com

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date:  March 29, 2010

Check No. 2004636

Check Amount:  $23,645.05

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|----------|----------|----------------|---------------|-----------------|-----------|----------|-------|
| 05-40634-R | 00024 | LEONARD JOHN NOWASKI, JR. & LUCILLE SUSAN NOWASKI | 10 | 1246 | 177.08 | 0.00 | 177.08 |
| | | Original check written to: GENERAL MOTORS ACCEPTANCE CORPORATION P. O. BOX 901009 FORT WORTH, TX 76101 | | | | | |
| 05-40634-R | 00039 | LEONARD JOHN NOWASKI, JR. & LUCILLE SUSAN NOWASKI | 1 | XXXXX0984 | 1,557.56 | 124.56 | 1,682.12 |
| | | Original check written to: NATIONAL CITY MORTGAGE CO. 3232 NEWMARK DRIVE MIAMISBURG, OH 45342 | | | | | |
| 05-40803-R | 00014 | THOMAS ROY & BENNIE JO IRWIN | 1 | 0479 | 802.66 | 8.02 | 810.68 |
| | | Original check written to: CAPITAL ONE DEPOSIT RECOVERY DEPARTMENT P. O. BOX 152409 IRVING, TX 75015-2409 | | | | | |
| 05-40803-R | 10014 | THOMAS ROY & BENNIE JO IRWIN | 1 | 0479 | 133.33 | 0.00 | 133.33 |
| | | Original check written to: CAPITAL ONE DEPOSIT RECOVERY DEPARTMENT P. O. BOX 152409 IRVING, TX 75015-2409 | | | | | |
| 05-41030-R | 00021 | EULANDA C. BATES | 7 | XXXXX5139 | 444.85 | 73.55 | 518.40 |
| | | Original check written to: GRAYSON COUNTY C/O LINEBARGER GOGGAN ET AL 2323 BRYAN STREET, SUITE 1600 DALLAS, TX 75201-2637 | | | | | |
| 05-42336-R | 00044 | RONALD R. & SHERRY R. JUNGE | 6 | XXXXX2047 | 302.28 | 64.32 | 366.60 |
| | | Original check written to: CITICORP MORTGAGE, INC. P. O. BOX 790130 SAINT LOUIS, MO 63179-0130 | | | | | |

**ally**

## LETTER OF AUTHORIZATION TO CLAIM FUNDS

I, Brian J. Pesola, in my capacity as the Executive Director of Finance Shared Services of Ally Financial Inc. (formerly doing business as GMAC Inc.) under the laws of the State of Delaware, do hereby delegate Mike Kasanic, Director, General Accounting of Ally Financial within my employ, the authority to execute such documents, certificates, government forms and other instruments on behalf of Ally Financial and its predecessor entity GMAC, in connection with the filing of claims for unclaimed property, and to perform such other acts as may be deemed necessary or advisable to carry out with the intent and purposes of the forgoing and the transactions contemplated thereby.

Signed this _____ day of _____, 2010

Signed_____
Printed Name: Brian J. Pesola
Title: Executive Director, Finance Shared Services

---

## NOTARY ACKNOWLEDGEMENT

State of Michigan
County of Oakland
Before me ___Brian Pesola_____ personally appeared and acknowledged to me that he/she is the person whose name is subscribed with the instrument and acknowledged that the execution thereof to be his/her free act.

Signature: ___June A. McCarthy___          [NOTARY SEAL]

My Commission expires: _06|15|16_

JUNE A. MCCARTHY
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Jun 15, 2016
ACTING IN COUNTY OF

---

900 N. Squirrel Rd, Auburn Hills, MI 48326 MC 483-260-399 Phone 248-373-3398
Mike.Kasanic@ally.com



PAGE  1

### The First State

     *I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "GMAC INC.", CHANGING ITS NAME FROM "GMAC INC." TO "ALLY FINANCIAL INC.", FILED IN THIS OFFICE ON THE FOURTH DAY OF MAY, A.D. 2010, AT 1:57 O'CLOCK P.M.*

     *A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.*

     *AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF AMENDMENT IS THE TENTH DAY OF MAY, A.D. 2010.*

2720811   8100

100459150

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

*AUTHENTICATION:  7973010*

*DATE:  05-04-10*

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 02:39 PM 05/04/2010*
*FILED 01:57 PM 05/04/2010*
*SRV 100459150 - 2720811 FILE*

## GMAC Inc.

### Certificate of Amendment of
### Amended and Restated
### Certificate of Incorporation

GMAC Inc., a corporation organized and existing under the laws of the State of Delaware (the "Corporation"), pursuant to Section 242 of General Corporation Law of the State of Delaware, hereby certifies that:

FIRST, the name of the Corporation is GMAC Inc.

SECOND, the Amended and Restated Certificate of Incorporation was filed with the Secretary of State of the State of Delaware on December 30, 2009.

THIRD, this Certificate of Amendment, which was duly adopted in accordance with Section 242 of the General Corporation Law of the State of Delaware, amends Article 1 of the Amended and Restated Certificate of Incorporation so that, as amended, said Article shall be and read as follows:

The name of the Corporation is Ally Financial Inc.

FOURTH, this Certificate of Amendment is effective on May 10, 2010.

In witness whereof, the Corporation has caused this Certificate of Amendment to be signed this 4th day of May, 2010.

By: *C. L. Quenneville*

C. L. Quenneville, Authorized Officer

| Form **7004** (Rev. December 2008) Department of the Treasury Internal Revenue Service | **Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns** ▶ File a separate application for each return. ▶ See separate instructions. | OMB No. 1545-0233 |
|---|---|---|

**Type or Print**

File by the due date for the return for which an extension is requested. See instructions.

| Name | Identifying number |
|---|---|
| GMAC Inc. and Subsidiaries | 38-0572512 |

Number, street, and room or suite no. (If P.O. box, see instructions.)

P.O. Box 200, MC: 482-B15-B36

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
DETROIT, MI 48226

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country. Follow the country's practice for entering postal code).

Detroit, MI 48265-2000

MAR 1 2 2010

RECEIVED
26306

**Note. See instructions before completing this form.**

**Part I    Automatic 5-Month Extension** Complete if Filing Form 1065, 1065-B, or 8804

**1a** Enter the form code for the return that this application is for (see below) . . . . . . . . . . .

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1065 | 09 | Form 1041 (estate) | 04 |
| Form 8804 | 31 | Form 1041 (trust) | 05 |

**Part II    Automatic 6-Month Extension** Complete if Filing Other Forms

**b** Enter the form code for the return that this application is for (see below) . . . . . . . . . [1][2]

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-PC | 21 |
| Form 706-GS(T) | 02 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120S | 25 |
| Form 1065-B | 10 | Form 1120-SF | 26 |
| Form 1066 | 11 | Form 3520-A | 27 |
| Form 1120 | 12 | Form 8612 | 28 |
| Form 1120-C | 34 | Form 8613 | 29 |
| Form 1120-F | 15 | Form 8725 | 30 |
| Form 1120-FSC | 16 | Form 8831 | 32 |
| Form 1120-H | 17 | Form 8876 | 33 |
| Form 1120-L | 18 | Form 8924 | 35 |
| Form 1120-ND | 19 | Form 8928 | 36 |
| Form 1120-ND (section 4951 taxes) | 20 | | |

**2** If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**3** If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☑
If checked, attach a schedule, listing the name, address, and Employer Identification Number (EIN) for each member covered by this application.

**Part III    All Filers Must Complete This Part**

**4** If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . ▶ ☐

**5a** The application is for calendar year 20 ____, or tax year beginning __07/01__, 20 __09__, and ending __12/31/__, 20 __09__.

**b** Short tax year. If this tax year is less than 12 months, check the reason:
☑ Initial return   ☐ Final return   ☐ Change in accounting period   ☐ Consolidated return to be filed

| | | | |
|---|---|---|---|
| **6** Tentative total tax . . . . . . . . . . . . . . . . | **6** | 6,188,370 | 00 |
| **7** Total payments and credits (see instructions) . . . . . . . . . . | **7** | 13,000,000 | 00 |
| **8** Balance due. Subtract line 7 from line 6. **Generally, you must deposit this amount using the Electronic Federal Tax Payment System (EFTPS), a Federal Tax Deposit (FTD) Coupon, or Electronic Funds Withdrawal (EFW)** (see instructions for exceptions) . . . . . . . . | **8** | NONE | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.     Cat. No. 13804A     Form **7004** (Rev. 12-2008)

**GMAC Inc.**
**FORM 7004 - AFFILIATED GROUP MEMBERS**

| Name and address of each member of the group | Employer ID |
|---|---|
| 108 Van Brunt Restitution Corporation<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 27-2006928 |
| Central Originating Lease, LLC<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 54-2147105 |
| GMAC Investment Management LLC<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 26-1979492 |
| IB Finance Holding Company, LLC<br>1100 Virginia Drive, MC: 190 FTW K-35<br>Fort Washington, PA 19034 | 20-5704381 |
| Ally Bank<br>1100 Virginia Drive, MC: 190 FTW K-35<br>Fort Washington, PA 19034 | 20-1001796 |
| GMAC Wholesale Mortgage Corp.<br>1100 Virginia Drive, MC: 190 FTW K-35<br>Fort Washington, PA 19034 | 20-5613347 |
| GMACB Asset Management, LLC<br>1100 Virginia Drive, MC: 190 FTW K-35<br>Fort Washington, PA 19034 | 20-4262370 |
| GMAC Insurance Holdings, Inc.<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 38-3365028 |
| CIM Insurance Corporation<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 13-6194249 |
| GM Motor Club, Inc.<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 52-1925265 |
| GMAC Insurance Company Online, Inc.<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 43-1886856 |
| GMAC Insurance Marketing, Inc.<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 43-1027096 |
| GMAC Insurance Management Corporation<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 13-3559471 |

GMAC Inc.
FORM 7004 - AFFILIATED GROUP MEMBERS

| Name and address of each member of the group | Employer ID |
|---|---|
| GMAC International Insurance Company, Ltd.<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 20-1487586 |
| GMAC Risk Services, Inc.<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 38-6040356 |
| GMAC Service Agreement Corporation<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 52-2106870 |
| Integon Casualty Insurance Company<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 56-1784725 |
| Integon General Insurance Corporation<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 56-0751402 |
| Integon Indemnity Corporation<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 56-0473714 |
| Integon National Insurance Company<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 13-4941245 |
| Integon Preferred Insurance Company<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 06-0910450 |
| Integon Specialty Insurance Company<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 56-1690558 |
| MIC General Insurance Corporation<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 35-1492884 |
| MIC Property & Casualty Insurance Corporation<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 38-2312731 |
| Motors Insurance Corporation<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 38-0855585 |
| National General Assurance Company<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 43-1301482 |

**GMAC Inc.**
**FORM 7004 - AFFILIATED GROUP MEMBERS**

| Name and address of each member of the group | Employer ID |
|---|---|
| National General Insurance Company<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 43-0890050 |
| New South Insurance Company<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 56-0576685 |
| Trinity General Agency, Inc.<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 75-1185153 |
| Universal Warranty Corporation<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 22-3704001 |
| ETS of Virginia, Inc.<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 26-4051445 |
| GMAC Mortgage Securities, Inc.<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 38-2665263 |
| GMAC Mortgage USA Corporation<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 20-4796930 |
| GMAC Canadian Credit Aggregation Corporation<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 20-1999666 |
| Ladue Associates, Inc.<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 23-1893048 |
| CAP RE of Vermont, LLC<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 23-2878531 |
| Residential Accredit Loans, Inc.<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 51-0368240 |
| Residential Asset Mortgage Products, Inc.<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 41-1955181 |
| Residential Assets Securities Corporation<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 51-0362653 |

**GMAC Inc.**
**FORM 7004 - AFFILIATED GROUP MEMBERS**

| Name and address of each member of the group | Employer ID |
|---|---|
| Residential Funding Mortgage Securities I, Inc.<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 75-2006294 |
| Residential Funding Mortgage Securities II, Inc.<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 41-1808858 |
| ResCap Investments, LLC<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 27-0502669 |
| RealAsset Management Services, Inc.<br>P.O. Box 200, MC: 482-B15-B36<br>Detroit, MI 48265-2000 | 27-1170542 |

| OWM ENTITY LIST AS OF 8/6/2009 | FEIN |
|---|---|
| GMAC INC. | 38-0572512 |
| 108 VAN BRUNT RESTITUTION CORPORATION | |
| ALANDCO HOLDINGS LLC | 27-0498355 |
| AMERICAN SUZUKI FINANCIAL SERVICES COMPANY,LLC | 03-0396217 |
| ASFS DESIGNATED ASSET SPV, LLC | 20-5672938 |
| BASIC CREDIT HOLDING COMPANY, LLC | 38-3362425 |
| CAPITAL AUTO RECEIVABLES, LLC | 38-3082892 |
| CENTRAL ORIGINATING LEASE, LLC | 54-2147105 |
| DOMESTIC ASSET MANAGEMENT LLC | 26-2653631 |
| GAMMA AUTO RECEIVABLES, LLC | 20-3197252 |
| GMAC AUSTRALIA, LLC | 38-1528348 |
| GMAC COLOMBIA, LLC | 38-1814866 |
| GMAC COMMERCIAL LLC | 31-0904632 |
| GMAC CONTINENTAL, LLC | 38-1489997 |
| GMAC HB | NA |
| GMAC INTERNATIONAL LLC | 13-2800147 |
| GMAC INTERNATIONAL HOLDINGS COOPERATIEF | 98-0523890 |
| GMAC INVESTMENT MANAGEMENT LLC | 26-1979492 |
| GMAC LATIN AMERICA HOLDINGS LLC | 20-5418371 |
| GMAC LEASING OF DE LLC | 38-6041482 |
| GMAC NORTH AMERICA LLC | 38-2833428 |
| GMAC REALTY UNITED MORTGAGE PROPERTIES INVESTMENTS LLC | 20-4186344 |
| GMAC SOUTH AMERICA LLC | 38-1357920 |
| GMAC TAIWAN LLC | 52-2235272 |
| GMAC US LLC | 26-0263708 |
| GRAND US HOLDING LLC | 26-2653841 |
| GMAC WHOLESALE PORTFOLIO MANAGEMENT LLC | 26-4148127 |
| NATIONAL ACCEPTANCE FINANCE COMPANY LLC | 80-0095743 |
| NCC DESIGNATED ASSET SPV, LLC | 20-5672804 |
| NEW CENTER ASSET TRUST | NA |
| NUVELL CREDIT COMPANY, LLC | 72-1384803 |
| NUVELL FINANCIAL SERVICES, LLC | 62-1711878 |
| NUVELL NATIONAL AUTO FINANCE LLC | 20-4492921 |
| PINNACLE AUTO RECEIVABLES, LLC | 26-0298002 |
| PINNACLE AUTO RECEIVABLES II, LLC | 81-0658327 |
| RELIABLE EARMARKED INTERNATIONAL NETWORK LLC | 26-2654075 |
| SAAB FINANCIAL DESIGNATED ASSET SPV LLC | 20-5672869 |
| SAAB FINANCIAL SERVICES, LLC | 06-1221648 |
| SECURED ASSET FACILITY ENTITY LLC | 26-2652212 |
| SEMPERIAN, LLC | 52-2166579 |
| TOTAL ASSET COLLATERIZED NOTES LLC | 26-2654250 |
| U.S. DEALER AUTOMOTIVE RECEIVABLES TRANSITION LLC | 27-0149152 |
| VARIABLE ASSET RECEIVABLES LLC | 20-5349507 |
| WHOLESALE AUTO RECEIVABLES LLC | 38-3082709 |
| DILLINGHAM CONSTRUCTION INTERNATIONAL LLC | 99-0188577 |
| GMAC COMMERCIAL FINANCE, LLC | 03-0396228 |
| PATRIOT CONSTRUCTORS, LLC | 32-0089143 |
| ALLY BANK | 20-1001796 |
| GAMMA AUTO RECEIVABLES II LLC | 26-4626357 |
| GMAC WHOLESALE MORTGAGE CORPORATION | 20-5613347 |
| GMACB ASSET MANAGEMENT, LLC | 20-4262370 |
| IB FINANCE HOLDING COMPANY, LLC | 20-5704381 |
| ALLY AUTO ASSETS LLC | 27-0789648 |
| ALLY VARIABLE ASSET RECEIVABLES LLC | 271319960 |
| GMAC SECURITIES LLC | 38-3398135 |
| GMACI HOLDINGS LLC | 20-5717176 |
| GMACI INSURANCE AGENCY LLC | 26-2728388 |
| CIM INSURANCE CORPORATION | 13-6194249 |
| GMAC INSURANCE COMPANY ONLINE, INC. | 43-1886856 |

| OWM ENTITY LIST AS OF 8/6/2009 | FEIN |
|---|---|
| GMAC INTERNATIONAL INSURANCE COMPANY, LTD. | |
| INTEGON CASUALTY INSURANCE COMPANY | 56-1764725 |
| INTEGON GENERAL INSURANCE CORPORATION | 56-0751402 |
| INTEGON INDEMNITY CORPORATION | 56-0473714 |
| INTEGON NATIONAL INSURANCE COMPANY | 13-4941245 |
| INTEGON PREFERRED INSURANCE COMPANY | 06-0910450 |
| INTEGON SPECIALTY INSURANCE COMPANY | 56-1690558 |
| MIC GENERAL INSURANCE CORPORATION | |
| MIC PROPERTY & CASUALTY INSURANCE CORPORATION | 38-2312731 |
| MOTORS INSURANCE CORPORATION | 38-0855585 |
| NATIONAL GENERAL ASSURANCE COMPANY | 43-1301482 |
| NATIONAL GENERAL INSURANCE COMPANY | 43-0890050 |
| NEW SOUTH INSURANCE COMPANY | 56-0576685 |
| GM MOTOR CLUB, INC. | 52-1925265 |
| GMAC INSURANCE HOLDINGS, INC. | |
| GMAC INSURANCE MARKETING, INC. | 43-1027096 |
| GMAC INSURANCE MGMT. CORP. | 13-3559471 |
| GMAC RISK SERVICES, INC. | 38-6040356 |
| GMAC SERVICE AGREEMENT CORPORATION | 52-2106870 |
| TRINITY GENERAL AGENCY, INC. | 75-1185153 |
| UNIVERSAL WARRANTY CORPORATION | 22-3704001 |
| GMAC MORTGAGE GROUP, LLC | 38-2594097 |
| GMAC MORTGAGE HOLDINGS, LLC | 38-2685123 |
| RESCAP INVESTMENTS LLC | 27-0502669 |
| AMTRACK TRUST | NA |
| DILLINGHAM-RAY WILSON JOINT VENTURE | NA |
| MASS BAY TRUST | NA |
| GMAC CAPITAL TRUST 1 | |
| NORTH AMERICAN NEW CARS INC. | NA |
| PEABODY COAL TRUST | NA |
| ETS OF VIRGINIA, INC. | 26-4051445 |
| GMAC MORTGAGE SECURITIES, INC. | 38-2665263 |
| GMAC CANADIAN CREDIT AGGREGATION CORP. | 20-1999666 |
| GMAC MORTGAGE USA CORPORATION | 20-4796930 |
| CAP RE OF VERMONT | 23-2878531 |
| LADUE ASSOCIATES, INC. | 23-1893048 |
| PBI, INC. | NA |
| RESIDENTIAL ACCREDIT LOANS, INC. | 51-0368240 |
| RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC. | 41-1955181 |
| RESIDENTIAL ASSET SECURITIES CORPORATION | 51-0362653 |
| RESIDENTIAL FUNDING MORTGAGE SECURITIES I, INC. | 75-2006294 |
| RESIDENTIAL FUNDING MORTGAGE SECURITIES II, INC. | 41-1808858 |
| RESIDENTIAL CAPITAL, LLC | 20-1770738 |
| DITECH.COM, LLC | 23-2887228 |
| EXECUTIVE TRUSTEE SERVICES, LLC | 23-2778943 |
| GMAC MORTGAGE, LLC | 23-1694840 |
| GMAC MORTGAGE, LLC OF TENNESSEE | 23-2816462 |
| GMAC RESIDENTIAL HOLDING COMPANY, LLC | 91-1902190 |
| GMACR MORTGAGE PRODUCTS, LLC | 03-0536369 |
| GMACRH SETTLEMENT SERVICES, LLC | 23-3036156 |
| HELM COMPANY, LLC | 52-2364885 |
| HOME CONNECTS LENDING SERVICES, LLC | 25-1849412 |
| MINT LLC | 38-6797249 |
| MINT I VFN HOLDINGS LLC | 26-0335150 |
| MINT I, LLC | 20-8719302 |
| PASSIVE ASSET TRANSACTIONS, LLC | 51-0404130 |
| PATI A, LLC | 26-3722729 |
| PATI B, LLC | 26-3722937 |
| RESIDENTIAL CONSUMER SERVICES OF ALABAMA, LLC | 63-1105449 |

| OWM ENTITY LIST AS OF 8/6/2009 | FEIN |
|---|---|
| RESIDENTIAL CONSUMER SERVICES OF OHIO, LLC | 34-1754796 |
| RESIDENTIAL CONSUMER SERVICES OF TEXAS, LLC | 75-2510515 |
| RESIDENTIAL CONSUMER SERVICES, LLC | 20-4812167 |
| RESIDENTIAL MORTGAGE REAL ESTATE HOLDINGS, LLC | 26-2737180 |
| PATI REAL ESTATE HOLDINGS, LLC | 27-0515201 |
| 2004-ADV1 | 72-1590384 |
| AMERILAND, LLC | 84-1470699 |
| ASSET LENDING CORPORATION II, LLC | 20-3795801 |
| ASSET MANAGEMENT PERFORMANCE SERVICES, LLC | 20-1942112 |
| EQUITY INVESTMENTS I, LLC | 02-0632797 |
| CMH HOLDINGS LLC | 11-3829571 |
| DEVELOPERS OF HIDDEN SPRINGS, LLC | 80-0022985 |
| DOA HOLDING NOTECO, LLC | 26-1424257 |
| DOA HOLDING PROPERTIES, LLC | 26-3605055 |
| DOA PROPERTIES I, LLC | 26-1424591 |
| DOA PROPERTIES II, LLC | 26-1433626 |
| DOA PROPERTIES IIIB (KB MODELS), LLC | NA |
| DOA PROPERTIES III (MODELS), LLC | 26-2831911 |
| DOA PROPERTIES IV, LLC | 26-2786510 |
| DOA PROPERTIES IX (LOTS-OTHER), LLC | 26-2783274 |
| DOA PROPERTIES V (LOTS-CA), LLC | 26-2874945 |
| DOA PROPERTIES VI, LLC | 26-4433365 |
| DOA PROPERTIES VII (LOTS-NV), LLC | 26-2831965 |
| DOA PROPERTIES VIII, LLC | 26-4433414 |
| EPRE LLC | 26-2747974 |
| EQUITY INVESTMENTS II, LLC | 20-4137532 |
| EQUITY INVESTMENT III, LLC | 20-5956985 |
| EQUITY INVESTMENT IV, LLC | 26-3123655 |
| FOREIGN OBLIGATION EXPORT INC. 2002-HI4 | NA |
| FOREIGN OBLIGATION EXPORT INC. 2002-HI5 | NA |
| FOREIGN OBLIGATION EXPORT INC. 2003-HI1 | NA |
| FOREIGN OBLIGATION EXPORT INC. 2003-HI2 | NA |
| FOREIGN OBLIGATION EXPORT INC. 2003-HI4 | NA |
| FOREIGN OBLIGATION EXPORT INC. 2004-HI1 | NA |
| FOREIGN OBLIGATION EXPORT INC., LLC | NA |
| GMAC MODEL HOME FINANCE I, LLC | 26-2748469 |
| GMAC MODEL HOME FINANCE, LLC | 54-1779094 |
| GMAC- RFC HOLDING COMPANY, LLC | 23-2593763 |
| GMCMTH, LLC | 20-5624177 |
| HFN REO SUB I, LLC | NA |
| HIDDEN SPRINGS SEWER COMPANY, LLC | NA |
| HOMECOMINGS FINANCIAL REAL ESTATE HOLDINGS LLC | 26-2736869 |
| HOMECOMINGS FINANCIAL, LLC | 51-0369458 |
| KBONE, LLC | 54-1825815 |
| LENONE, LLC | 54-1927425 |
| MFC ASSET, LLC | 20-0464146 |
| MINT II HOLDINGS, LLC | 20-5236049 |
| MINT II, LLC | 20-4535269 |
| RAHI A LLC | 26-3723321 |
| RAHI B LLC | 26-3723553 |
| RAHI REAL ESTATE HOLDINGS, LLC | 27-0515287 |
| RC PROPERTIES I, LLC | 26-3604249 |
| RC PROPERTIES II LLC | 26-3604727 |
| RC PROPERTIES III LLC | 26-3638633 |
| RC PROPERTIES IV LLC | 26-3881483 |
| RC PROPERTIES V LLC | 26-3881333 |
| RC PROPERTIES VI LLC | 26-3881398 |
| RC PROPERTIES VII, LLC | 26-3923993 |
| RC PROPERTIES VIII, LLC | 26-4074946 |

| OWM ENTITY LIST AS OF 8/6/2009 | FEIN |
|---|---|
| RC PROPERTIES IX, LLC | 26-4075246 |
| RC PROPERTIES X, LLC | 26-4332407 |
| RC PROPERTIES XI, LLC | 26-4550313 |
| RC PROPERTIES XII, LLC | 26-4550483 |
| RC PROPERTIES XIII, LLC | 26-4550592 |
| RC PROPERTIES XIV, LLC | 26-4601848 |
| RC PROPERTIES XV, LLC | 26-4601887 |
| RC PROPERTIES XVI, LLC | 27-0400047 |
| RC PROPERTIES XVII, LLC | 27-0400134 |
| RC PROPERTIES XVIII, LLC | NA |
| RC PROPERTIES XIX, LLC | NA |
| RC PROPERTIES XX, LLC | NA |
| REG-PFH, LLC | 42-1562699 |
| RESIDENTIAL FUNDING COMPANY, LLC | 93-0891336 |
| RESIDENTIAL FUNDING MORTGAGE EXCHANGE, LLC | 41-1674247 |
| RESIDENTIAL FUNDING REAL ESTATE HOLDINGS, LLC | 26-2736505 |
| RESIDENTIAL FUNDING SECURITIES, LLC | 41-1660449 |
| RFC ABS CDO WHSUB I LTD. | |
| RFC ASSET HOLDINGS II, LLC | 41-1984034 |
| RFC ASSET MANAGEMENT, LLC | 06-1664678 |
| RFC CONSTRUCTION FUNDING, LLC | 41-1925730 |
| RFC RESORT FUNDING. LLC | 20-4156856 |
| RFC SFJV-2002, LLC | 06-1664670 |
| RFC SFJV-2004, LLC | 20-3802722 |
| RFC-GSAP SERVICER ADVANCE, LLC | 26-1960289 |
| WB KIRBY HILL, LLC | NA |
| WIN-WIN BEAZER POOL I (DELAWARE), LLC | NA |
| WIN-WIN PARDEE POOL II (DELAWARE), LLC | NA |
| WIN-WIN PARDEE POOL III (DELAWARE), LLC | NA |
| WIN-WIN SPECTRUM (DELAWARE), LLC | NA |
| GMAC RFC INTERNATIONAL HOLDINGS COOPERATIEF U.A. | NA |
| BMMZ HOLDINGS LLC | 27-0832341 |
| REALASSET MANAGEMENT SERVICES, INC. | 27-1170542 |